THOMAS A. MARINO
United States Attorney
J. JUSTIN BLEWITT, JR.
Assistant U.S. Attorney
311 Wm. J. Nealon Federal Building
Scranton, PA 18501
Phone: (570) 348-2800
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br><br>　　Vs.<br><br>KIMBERLY MARTIN,<br>　　　　Defendant. | 1:CV-00-0858<br><br>(Judge Caldwell) |

**FILED SCRANTON**
**SEP 12 2002**
PER _____ DEPUTY CLERK

### NOTICE OF MOTION AND MOTION FOR INSTALLMENT PAYMENT ORDER

The United States of America, by and through the undersigned Assistant United States Attorney, moves for an order pursuant to the Federal Debt Collection Procedures Act of 1990, 28 U.S.C. Section 3204, directing the above-named defendant to make monthly installment payments in the amount of $600.00 to the United States of America, plaintiff, until the defendant's judgment debt, plus accrued interest and costs, has been satisfied.

In support therefore, the United States of America files the Declaration of J. Justin Blewitt, Jr., Assistant United States Attorney, attached hereto as Exhibit `A' and made a part hereof.

WHEREFORE, the United States respectfully requests this Court to enter the attached Order directing the judgment debtor to pay the sum of $600.00 per month until the judgment debt, plus accrued interest and costs, is fully satisfied.

　　　　　　　　　　　　　　　THOMAS A. MARINO
　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　J. JUSTIN BLEWITT, JR.
　　　　　　　　　　　　　　　Assistant U.S. Attorney

　　　　　　　　　　　　　　　CARROLL A. TERRUSO
　　　　　　　　　　　　　　　Paralegal Specialist

CERTIFICATE OF SERVICE

This is to certify that I have served a copy of the foregoing Notice of Motion and Motion For Installment Payment Order upon the defendant herein by mailing a copy thereof to the following this *12th* day of *September*, 2002.

Kimberly D. Martin, Esq.
1022 Court Street
Honesdale, PA 18431-1925

J. JUSTIN BLEWITT, JR.
Assistant U.S. Attorney

CARROLL A. TERRUSO
Paralegal Specialist

THOMAS A. MARINO
United States Attorney
J. JUSTIN BLEWITT, JR.
Assistant U.S. Attorney
Wm. J. Nealon Federal Building
235 N. Washington Avenue
Scranton, PA 18503
Phone: (570) 348-2800
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | |
| Vs. | 1:CV-00-0858 |
| KIMBERLY MARTIN, Defendant. | (Judge Caldwell) |

CERTIFICATE OF NON-CONCURRENCE

J. Justin Blewitt, Jr., Assistant United States Attorney, hereby certifies that his office did not contact defendant Kimberly Martin, inquiring as to whether she had an objection to the filing of the within Motion as the defendant is proceeding pro se.

THOMAS A. MARINO
United States Attorney

J. JUSTIN BLEWITT, JR.
Assistant U. S. Attorney

CARROLL A. TERRUSO
Paralegal Specialist

DATE: 9/12/02