



THOMAS A. MARINO
United States Attorney
J. JUSTIN BLEWITT, JR.
Assistant U.S. Attorney
311 Wm. J. Nealon Federal Bldg.
Scranton, PA 18503
Attorneys for Plaintiff
Phone: 570-348-2800

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff, | ) | 3:CV-00-0454 |
| | ) | |
| | ) | (Judge Caldwell) |
| v. | ) | |
| | ) | |
| | ) | |
| KIMBERLY MARTIN,<br>Defendant. | ) | |
| | ) | |

**FILED**
**SCRANTON**

SEP 1 2 2002

PER _____
DEPUTY CLERK

### DECLARATION IN SUPPORT OF
### MOTION FOR INSTALLMENT PAYMENT ORDER

J. Justin Blewitt, Jr. hereby declares as follows:

1.  I am an Assistant United States Attorney on the staff of Thomas A. Marino, United States Attorney for the Middle District of Pennsylvania. I am the Assistant United States Attorney assigned to the Financial Litigation Unit and, as such, am responsible for the cases brought to collect debts owed to the United States of America.

2.  The United States of America is the judgment creditor in the above-cited action.

3.  On July 21, 2000, judgment in the amount of $96,769.04 was entered against the defendant, Kimberly Martin, and is of record in the office of the Clerk of the United States District Court, Middle District of Pennsylvania.

4.  Defendant is self-employed and because of the nature of her income, garnishment of wages is not possible. Defendant is unable to immediately satisfy the balance due on this obligation.

5.  According to financial information provided to the plaintiff the reasonable requirements of the defendant and her dependants are taken care of without difficulty.

**EXHIBIT**

_A_

6.   On February 27, 2002, the parties entered into a Repayment Agreement whereby the defendant would make monthly installment payments of $600.00 beginning on October 15, 2001 and continuing until the debt was paid in full.  A copy of the signed Repayment Agreement is attached hereto as Exhibit `B'.

7. According to financial information provided to the plaintiff the reasonable requirements of the defendant and her dependents are taken care of without difficulty.

8.   On April 17, 2002 the defendant made one payment on this judgment debt.  There is now due and owing the sum of $109,933.67.  The only recourse available to the United States is an order setting installment payments.

9.   There has been no previous application for an installment payment order and no Writ of Garnishment is in effect under 28 U.S.C. Section 3205 in this action.   It would further appear that the defendant's earnings subject to this order are nonexempt disposable earnings.

10.  Attached as Exhibit `C' is a printout showing the amortization of this loan in 660 payments.  Payments of $600.00 per month would eliminate the debt in 55 years.

10.  Accordingly, the defendant, Kimberly D. Martin, should be required to make regular monthly installment payments of $600.00 to the United States of America.

I declare under penalty of perjury, that the foregoing is true and correct to the best of my knowledge, information and belief.

DATED: ___9/12/02___

THOMAS A. MARINO
United States Attorney

J. JUSTIN BLEWITT, JR.
Assistant United States Attorney

CARROLL A. TERRUSO
Paralegal Specialist

MARTIN C. CARLSON
United States Attorney
J. JUSTIN BLEWITT, JR.
Assistant U.S. Attorney
Wm. J. Nealon Federal Building
Scranton, PA  18501
Attorneys for Plaintiff
Phone: 570-348-2800

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | 1:CV-00-0858 |
| | : | |
| | : | (Judge Caldwell) |
| KIMBERLY D. MARTIN, | : | |
| Defendant. | : | |

REPAYMENT AGREEMENT

A.  Recitals

1.  Parties.  The parties to this Repayment Agreement are the United States of America and Kimberly D. Martin, hereinafter referred to as "Defendant".

2.  A judgment has been entered in the sum of $96,769.04 against Defendant and in favor of Plaintiff, United States of America; interest on said judgment shall accrue at the legal rate of 6.375% and shall be compounded annually;

B.  Terms of Agreement

3.  Intention of Parties of Effect Settlement.  In order to resolve litigation in case number 13:CV-00-0858 in the Middle District of Pennsylvania, the parties agree as follows:

4.  Payment Schedule.  The Defendant agrees to make payments of at least $600.00 per month, due on the 15th day of each month, beginning on October 15, 2001, and continuing at such



EXHIBIT
B

monthly amounts until notified otherwise by amendment to this Agreement. Besides the regular monthly payment, we will submit the debt to Treasury for inclusion in the Treasury Offset Program. Under this program, any federal payment normally received may be offset and applied to this debt.

5.   This payment schedule will be evaluated at least annually and may be modified, based on documented financial status of the Defendant.   The Defendant agrees to submit, in a timely manner each year, any and all financial documentation requested by the Department of Justice.   All payments shall be made payable to the Department of Justice and mailed as directed by the U.S. Attorney's Office Financial Litigation Unit.

6.   Should the Defendant's financial situation change so that she cannot comply with the payment schedule, she shall immediately notify Carroll A. Terruso, Paralegal Specialist, Financial Litigation Unit of the United States Attorney's Office, in writing;

7.   Default on Agreement.  So long as Defendant complies with the above-stated payment schedule, Plaintiff shall take no action in execution of said judgment;

8.   A ten (10) day period will be allowed for late payments.  In the event that the Defendant fails to make any of the payments specified in this Order by the end of this ten (10) day period, or in the matter required by this Order, the United States may, at its option, declare this Agreement to be in default, and the full remaining unpaid balance (including all unpaid interest and unpaid principle) shall become immediately due and payable. Upon declaration of default, the United States shall mail, by first class mail, a notice of said default addressed to the Defendant at the Defendant's last known address;

9. **Effect of Agreement.** This Agreement contains a complete description of the bargain between the parties. All material representations, understandings and promises of the parties are contained in this Agreement. Any modifications must be set forth in writing and signed by all parties. The Defendant represents that this Repayment Agreement is entered into with knowledge of the events described herein. The Defendant further represents this Agreement is voluntarily entered into to resolve the litigation in the Middle District of Pennsylvania.

Feb 27, 2002
_____
DATE

Kimberly D. Martin
_____
Signature

Home Address:

RR 4 Box 619
_____
Honesdale, PA 18431
_____
Telephone: (570) 253-0199

MARTIN C. CARLSON
United States Attorney

3/1/02
_____
DATE

By: _____
J. JUSTIN BLEWITT, JR.
Assistant U.S. Attorney

CARROLL A. TERRUSO
Paralegal Specialist

3

# Amortization Calculator

This page requires forms and table support. You may want to find out more about this calculator or look at some Frequently Asked Questions and their answers. Comments, complaints, or compliments to Bret Whissel by sending mail here, but please review the FAQ before asking questions.

Almost any data field on this form may be calculated. Enter the appropriate data in each slot, leaving blank (or zero) the value that you wish to calculate, and then activate "Calculate" to update the page.

Calculate

☐ Show Amortization Schedule

| | | | |
|---|---|---|---|
| Principal: | 109514.91 | Payments per Year: | 12 |
| Annual Interest Rate: | 6.3750 | Number of Regular Payments: | 660 |
| Balloon Payment: | | Payment Amount: | 599.97 |

**Principal borrowed:** $109514.91
**Annual Payments:** 12 **Total Payments:** 660
**Annual interest rate:** 6.38% **Periodic interest rate:** 0.5312%
**Regular Payment amount:** $599.97 **Final Balloon Payment:** $0.00
*Note: the following numbers are estimates. See the amortization schedule for more accurate values.*
**Total Repaid:** $395980.20
**Total Interest Paid:** $286465.29
**Interest as percentage of Principal:** 261.577%

| Payment | Principal | Interest | Cum Prin | Cum Int | Prin Bal |
|---|---|---|---|---|---|
| 1 | 18.17 | 581.80 | 18.17 | 581.80 | 109496.74 |
| 2 | 18.27 | 581.70 | 36.44 | 1163.50 | 109478.47 |
| 3 | 18.37 | 581.60 | 54.81 | 1745.10 | 109460.10 |
| 4 | 18.46 | 581.51 | 73.27 | 2326.61 | 109441.64 |
| 5 | 18.56 | 581.41 | 91.83 | 2908.02 | 109423.08 |
| 6 | 18.66 | 581.31 | 110.49 | 3489.33 | 109404.42 |
| 7 | 18.76 | 581.21 | 129.25 | 4070.54 | 109385.66 |
| 8 | 18.86 | 581.11 | 148.11 | 4651.65 | 109366.80 |
| 9 | 18.96 | 581.01 | 167.07 | 5232.66 | 109347.84 |
| 10 | 19.06 | 580.91 | 186.13 | 5813.57 | 109328.78 |
| 11 | 19.16 | 580.81 | 205.29 | 6394.38 | 109309.62 |
| 12 | 19.26 | 580.71 | 224.55 | 6975.09 | 109290.36 |
| 13 | 19.36 | 580.61 | 243.91 | 7555.70 | 109271.00 |
| 14 | 19.47 | 580.50 | 263.38 | 8136.20 | 109251.53 |
| 15 | 19.57 | 580.40 | 282.95 | 8716.60 | 109231.96 |
| 16 | 19.68 | 580.29 | 302.63 | 9296.89 | 109212.28 |
| 17 | 19.78 | 580.19 | 322.41 | 9877.08 | 109192.50 |
| 18 | 19.88 | 580.09 | 342.29 | 10457.17 | 109172.62 |

EXHIBIT

C

| | | | | | |
|---|---|---|---|---|---|
| 19 | 19.99 | 579.98 | 362.28 | 11037.15 | 109152.63 |
| 20 | 20.10 | 579.87 | 382.38 | 11617.02 | 109132.53 |
| 21 | 20.20 | 579.77 | 402.58 | 12196.79 | 109112.33 |
| 22 | 20.31 | 579.66 | 422.89 | 12776.45 | 109092.02 |
| 23 | 20.42 | 579.55 | 443.31 | 13356.00 | 109071.60 |
| 24 | 20.53 | 579.44 | 463.84 | 13935.44 | 109051.07 |
| 25 | 20.64 | 579.33 | 484.48 | 14514.77 | 109030.43 |
| 26 | 20.75 | 579.22 | 505.23 | 15093.99 | 109009.68 |
| 27 | 20.86 | 579.11 | 526.09 | 15673.10 | 108988.82 |
| 28 | 20.97 | 579.00 | 547.06 | 16252.10 | 108967.85 |
| 29 | 21.08 | 578.89 | 568.14 | 16830.99 | 108946.77 |
| 30 | 21.19 | 578.78 | 589.33 | 17409.77 | 108925.58 |
| 31 | 21.30 | 578.67 | 610.63 | 17988.44 | 108904.28 |
| 32 | 21.42 | 578.55 | 632.05 | 18566.99 | 108882.86 |
| 33 | 21.53 | 578.44 | 653.58 | 19145.43 | 108861.33 |
| 34 | 21.64 | 578.33 | 675.22 | 19723.76 | 108839.69 |
| 35 | 21.76 | 578.21 | 696.98 | 20301.97 | 108817.93 |
| 36 | 21.87 | 578.10 | 718.85 | 20880.07 | 108796.06 |
| 37 | 21.99 | 577.98 | 740.84 | 21458.05 | 108774.07 |
| 38 | 22.11 | 577.86 | 762.95 | 22035.91 | 108751.96 |
| 39 | 22.23 | 577.74 | 785.18 | 22613.65 | 108729.73 |
| 40 | 22.34 | 577.63 | 807.52 | 23191.28 | 108707.39 |
| 41 | 22.46 | 577.51 | 829.98 | 23768.79 | 108684.93 |
| 42 | 22.58 | 577.39 | 852.56 | 24346.18 | 108662.35 |
| 43 | 22.70 | 577.27 | 875.26 | 24923.45 | 108639.65 |
| 44 | 22.82 | 577.15 | 898.08 | 25500.60 | 108616.83 |
| 45 | 22.94 | 577.03 | 921.02 | 26077.63 | 108593.89 |
| 46 | 23.06 | 576.91 | 944.08 | 26654.54 | 108570.83 |
| 47 | 23.19 | 576.78 | 967.27 | 27231.32 | 108547.64 |
| 48 | 23.31 | 576.66 | 990.58 | 27807.98 | 108524.33 |
| 49 | 23.43 | 576.54 | 1014.01 | 28384.52 | 108500.90 |
| 50 | 23.56 | 576.41 | 1037.57 | 28960.93 | 108477.34 |
| 51 | 23.68 | 576.29 | 1061.25 | 29537.22 | 108453.66 |
| 52 | 23.81 | 576.16 | 1085.06 | 30113.38 | 108429.85 |
| 53 | 23.94 | 576.03 | 1109.00 | 30689.41 | 108405.91 |
| 54 | 24.06 | 575.91 | 1133.06 | 31265.32 | 108381.85 |
| 55 | 24.19 | 575.78 | 1157.25 | 31841.10 | 108357.66 |
| 56 | 24.32 | 575.65 | 1181.57 | 32416.75 | 108333.34 |
| 57 | 24.45 | 575.52 | 1206.02 | 32992.27 | 108308.89 |
| 58 | 24.58 | 575.39 | 1230.60 | 33567.66 | 108284.31 |
| 59 | 24.71 | 575.26 | 1255.31 | 34142.92 | 108259.60 |
| 60 | 24.84 | 575.13 | 1280.15 | 34718.05 | 108234.76 |
| 61 | 24.97 | 575.00 | 1305.12 | 35293.05 | 108209.79 |
| 62 | 25.11 | 574.86 | 1330.23 | 35867.91 | 108184.68 |
| 63 | 25.24 | 574.73 | 1355.47 | 36442.64 | 108159.44 |
| 64 | 25.37 | 574.60 | 1380.84 | 37017.24 | 108134.07 |
| 65 | 25.51 | 574.46 | 1406.35 | 37591.70 | 108108.56 |

Amortization Calculation                                      http://ray.met.fsu.edu/cgi-bin/amortize

| | | | | | |
|---|---|---|---|---|---|
| 66 | 25.64 | 574.33 | 1431.99 | 38166.03 | 108082.92 |
| 67 | 25.78 | 574.19 | 1457.77 | 38740.22 | 108057.14 |
| 68 | 25.92 | 574.05 | 1483.69 | 39314.27 | 108031.22 |
| 69 | 26.05 | 573.92 | 1509.74 | 39888.19 | 108005.17 |
| 70 | 26.19 | 573.78 | 1535.93 | 40461.97 | 107978.98 |
| 71 | 26.33 | 573.64 | 1562.26 | 41035.61 | 107952.65 |
| 72 | 26.47 | 573.50 | 1588.73 | 41609.11 | 107926.18 |
| 73 | 26.61 | 573.36 | 1615.34 | 42182.47 | 107899.57 |
| 74 | 26.75 | 573.22 | 1642.09 | 42755.69 | 107872.82 |
| 75 | 26.90 | 573.07 | 1668.99 | 43328.76 | 107845.92 |
| 76 | 27.04 | 572.93 | 1696.03 | 43901.69 | 107818.88 |
| 77 | 27.18 | 572.79 | 1723.21 | 44474.48 | 107791.70 |
| 78 | 27.33 | 572.64 | 1750.54 | 45047.12 | 107764.37 |
| 79 | 27.47 | 572.50 | 1778.01 | 45619.62 | 107736.90 |
| 80 | 27.62 | 572.35 | 1805.63 | 46191.97 | 107709.28 |
| 81 | 27.76 | 572.21 | 1833.39 | 46764.18 | 107681.52 |
| 82 | 27.91 | 572.06 | 1861.30 | 47336.24 | 107653.61 |
| 83 | 28.06 | 571.91 | 1889.36 | 47908.15 | 107625.55 |
| 84 | 28.21 | 571.76 | 1917.57 | 48479.91 | 107597.34 |
| 85 | 28.36 | 571.61 | 1945.93 | 49051.52 | 107568.98 |
| 86 | 28.51 | 571.46 | 1974.44 | 49622.98 | 107540.47 |
| 87 | 28.66 | 571.31 | 2003.10 | 50194.29 | 107511.81 |
| 88 | 28.81 | 571.16 | 2031.91 | 50765.45 | 107483.00 |
| 89 | 28.97 | 571.00 | 2060.88 | 51336.45 | 107454.03 |
| 90 | 29.12 | 570.85 | 2090.00 | 51907.30 | 107424.91 |
| 91 | 29.28 | 570.69 | 2119.28 | 52477.99 | 107395.63 |
| 92 | 29.43 | 570.54 | 2148.71 | 53048.53 | 107366.20 |
| 93 | 29.59 | 570.38 | 2178.30 | 53618.91 | 107336.61 |
| 94 | 29.74 | 570.23 | 2208.04 | 54189.14 | 107306.87 |
| 95 | 29.90 | 570.07 | 2237.94 | 54759.21 | 107276.97 |
| 96 | 30.06 | 569.91 | 2268.00 | 55329.12 | 107246.91 |
| 97 | 30.22 | 569.75 | 2298.22 | 55898.87 | 107216.69 |
| 98 | 30.38 | 569.59 | 2328.60 | 56468.46 | 107186.31 |
| 99 | 30.54 | 569.43 | 2359.14 | 57037.89 | 107155.77 |
| 100 | 30.70 | 569.27 | 2389.84 | 57607.16 | 107125.07 |
| 101 | 30.87 | 569.10 | 2420.71 | 58176.26 | 107094.20 |
| 102 | 31.03 | 568.94 | 2451.74 | 58745.20 | 107063.17 |
| 103 | 31.20 | 568.77 | 2482.94 | 59313.97 | 107031.97 |
| 104 | 31.36 | 568.61 | 2514.30 | 59882.58 | 107000.61 |
| 105 | 31.53 | 568.44 | 2545.83 | 60451.02 | 106969.08 |
| 106 | 31.70 | 568.27 | 2577.53 | 61019.29 | 106937.38 |
| 107 | 31.87 | 568.10 | 2609.40 | 61587.39 | 106905.51 |
| 108 | 32.03 | 567.94 | 2641.43 | 62155.33 | 106873.48 |
| 109 | 32.20 | 567.77 | 2673.63 | 62723.10 | 106841.28 |
| 110 | 32.38 | 567.59 | 2706.01 | 63290.69 | 106808.90 |
| 111 | 32.55 | 567.42 | 2738.56 | 63858.11 | 106776.35 |
| 112 | 32.72 | 567.25 | 2771.28 | 64425.36 | 106743.63 |

| 113 | 32.89 | 567.08 | 2804.17 | 64992.44 | 106710.74 |
| 114 | 33.07 | 566.90 | 2837.24 | 65559.34 | 106677.67 |
| 115 | 33.24 | 566.73 | 2870.48 | 66126.07 | 106644.43 |
| 116 | 33.42 | 566.55 | 2903.90 | 66692.62 | 106611.01 |
| 117 | 33.60 | 566.37 | 2937.50 | 67258.99 | 106577.41 |
| 118 | 33.78 | 566.19 | 2971.28 | 67825.18 | 106543.63 |
| 119 | 33.96 | 566.01 | 3005.24 | 68391.19 | 106509.67 |
| 120 | 34.14 | 565.83 | 3039.38 | 68957.02 | 106475.53 |
| 121 | 34.32 | 565.65 | 3073.70 | 69522.67 | 106441.21 |
| 122 | 34.50 | 565.47 | 3108.20 | 70088.14 | 106406.71 |
| 123 | 34.68 | 565.29 | 3142.88 | 70653.43 | 106372.03 |
| 124 | 34.87 | 565.10 | 3177.75 | 71218.53 | 106337.16 |
| 125 | 35.05 | 564.92 | 3212.80 | 71783.45 | 106302.11 |
| 126 | 35.24 | 564.73 | 3248.04 | 72348.18 | 106266.87 |
| 127 | 35.43 | 564.54 | 3283.47 | 72912.72 | 106231.44 |
| 128 | 35.62 | 564.35 | 3319.09 | 73477.07 | 106195.82 |
| 129 | 35.80 | 564.17 | 3354.89 | 74041.24 | 106160.02 |
| 130 | 35.99 | 563.98 | 3390.88 | 74605.22 | 106124.03 |
| 131 | 36.19 | 563.78 | 3427.07 | 75169.00 | 106087.84 |
| 132 | 36.38 | 563.59 | 3463.45 | 75732.59 | 106051.46 |
| 133 | 36.57 | 563.40 | 3500.02 | 76295.99 | 106014.89 |
| 134 | 36.77 | 563.20 | 3536.79 | 76859.19 | 105978.12 |
| 135 | 36.96 | 563.01 | 3573.75 | 77422.20 | 105941.16 |
| 136 | 37.16 | 562.81 | 3610.91 | 77985.01 | 105904.00 |
| 137 | 37.35 | 562.62 | 3648.26 | 78547.63 | 105866.65 |
| 138 | 37.55 | 562.42 | 3685.81 | 79110.05 | 105829.10 |
| 139 | 37.75 | 562.22 | 3723.56 | 79672.27 | 105791.35 |
| 140 | 37.95 | 562.02 | 3761.51 | 80234.29 | 105753.40 |
| 141 | 38.16 | 561.81 | 3799.67 | 80796.10 | 105715.24 |
| 142 | 38.36 | 561.61 | 3838.03 | 81357.71 | 105676.88 |
| 143 | 38.56 | 561.41 | 3876.59 | 81919.12 | 105638.32 |
| 144 | 38.77 | 561.20 | 3915.36 | 82480.32 | 105599.55 |
| 145 | 38.97 | 561.00 | 3954.33 | 83041.32 | 105560.58 |
| 146 | 39.18 | 560.79 | 3993.51 | 83602.11 | 105521.40 |
| 147 | 39.39 | 560.58 | 4032.90 | 84162.69 | 105482.01 |
| 148 | 39.60 | 560.37 | 4072.50 | 84723.06 | 105442.41 |
| 149 | 39.81 | 560.16 | 4112.31 | 85283.22 | 105402.60 |
| 150 | 40.02 | 559.95 | 4152.33 | 85843.17 | 105362.58 |
| 151 | 40.23 | 559.74 | 4192.56 | 86402.91 | 105322.35 |
| 152 | 40.45 | 559.52 | 4233.01 | 86962.43 | 105281.90 |
| 153 | 40.66 | 559.31 | 4273.67 | 87521.74 | 105241.24 |
| 154 | 40.88 | 559.09 | 4314.55 | 88080.83 | 105200.36 |
| 155 | 41.09 | 558.88 | 4355.64 | 88639.71 | 105159.27 |
| 156 | 41.31 | 558.66 | 4396.95 | 89198.37 | 105117.96 |
| 157 | 41.53 | 558.44 | 4438.48 | 89756.81 | 105076.43 |
| 158 | 41.75 | 558.22 | 4480.23 | 90315.03 | 105034.68 |
| 159 | 41.97 | 558.00 | 4522.20 | 90873.03 | 104992.71 |

| | | | | | |
|---|---|---|---|---|---|
| 160 | 42.20 | 557.77 | 4564.40 | 91430.80 | 104950.51 |
| 161 | 42.42 | 557.55 | 4606.82 | 91988.35 | 104908.09 |
| 162 | 42.65 | 557.32 | 4649.47 | 92545.67 | 104865.44 |
| 163 | 42.87 | 557.10 | 4692.34 | 93102.77 | 104822.57 |
| 164 | 43.10 | 556.87 | 4735.44 | 93659.64 | 104779.47 |
| 165 | 43.33 | 556.64 | 4778.77 | 94216.28 | 104736.14 |
| 166 | 43.56 | 556.41 | 4822.33 | 94772.69 | 104692.58 |
| 167 | 43.79 | 556.18 | 4866.12 | 95328.87 | 104648.79 |
| 168 | 44.02 | 555.95 | 4910.14 | 95884.82 | 104604.77 |
| 169 | 44.26 | 555.71 | 4954.40 | 96440.53 | 104560.51 |
| 170 | 44.49 | 555.48 | 4998.89 | 96996.01 | 104516.02 |
| 171 | 44.73 | 555.24 | 5043.62 | 97551.25 | 104471.29 |
| 172 | 44.97 | 555.00 | 5088.59 | 98106.25 | 104426.32 |
| 173 | 45.21 | 554.76 | 5133.80 | 98661.01 | 104381.11 |
| 174 | 45.45 | 554.52 | 5179.25 | 99215.53 | 104335.66 |
| 175 | 45.69 | 554.28 | 5224.94 | 99769.81 | 104289.97 |
| 176 | 45.93 | 554.04 | 5270.87 | 100323.85 | 104244.04 |
| 177 | 46.17 | 553.80 | 5317.04 | 100877.65 | 104197.87 |
| 178 | 46.42 | 553.55 | 5363.46 | 101431.20 | 104151.45 |
| 179 | 46.67 | 553.30 | 5410.13 | 101984.50 | 104104.78 |
| 180 | 46.91 | 553.06 | 5457.04 | 102537.56 | 104057.87 |
| 181 | 47.16 | 552.81 | 5504.20 | 103090.37 | 104010.71 |
| 182 | 47.41 | 552.56 | 5551.61 | 103642.93 | 103963.30 |
| 183 | 47.66 | 552.31 | 5599.27 | 104195.24 | 103915.64 |
| 184 | 47.92 | 552.05 | 5647.19 | 104747.29 | 103867.72 |
| 185 | 48.17 | 551.80 | 5695.36 | 105299.09 | 103819.55 |
| 186 | 48.43 | 551.54 | 5743.79 | 105850.63 | 103771.12 |
| 187 | 48.69 | 551.28 | 5792.48 | 106401.91 | 103722.43 |
| 188 | 48.94 | 551.03 | 5841.42 | 106952.94 | 103673.49 |
| 189 | 49.20 | 550.77 | 5890.62 | 107503.71 | 103624.29 |
| 190 | 49.47 | 550.50 | 5940.09 | 108054.21 | 103574.82 |
| 191 | 49.73 | 550.24 | 5989.82 | 108604.45 | 103525.09 |
| 192 | 49.99 | 549.98 | 6039.81 | 109154.43 | 103475.10 |
| 193 | 50.26 | 549.71 | 6090.07 | 109704.14 | 103424.84 |
| 194 | 50.53 | 549.44 | 6140.60 | 110253.58 | 103374.31 |
| 195 | 50.79 | 549.18 | 6191.39 | 110802.76 | 103323.52 |
| 196 | 51.06 | 548.91 | 6242.45 | 111351.67 | 103272.46 |
| 197 | 51.34 | 548.63 | 6293.79 | 111900.30 | 103221.12 |
| 198 | 51.61 | 548.36 | 6345.40 | 112448.66 | 103169.51 |
| 199 | 51.88 | 548.09 | 6397.28 | 112996.75 | 103117.63 |
| 200 | 52.16 | 547.81 | 6449.44 | 113544.56 | 103065.47 |
| 201 | 52.43 | 547.54 | 6501.87 | 114092.10 | 103013.04 |
| 202 | 52.71 | 547.26 | 6554.58 | 114639.36 | 102960.33 |
| 203 | 52.99 | 546.98 | 6607.57 | 115186.34 | 102907.34 |
| 204 | 53.27 | 546.70 | 6660.84 | 115733.04 | 102854.07 |
| 205 | 53.56 | 546.41 | 6714.40 | 116279.45 | 102800.51 |
| 206 | 53.84 | 546.13 | 6768.24 | 116825.58 | 102746.67 |

Amortization Calculation

| | | | | | |
|---|---|---|---|---|---|
| 207 | 54.13 | 545.84 | 6822.37 | 117371.42 | 102692.54 |
| 208 | 54.42 | 545.55 | 6876.79 | 117916.97 | 102638.12 |
| 209 | 54.70 | 545.27 | 6931.49 | 118462.24 | 102583.42 |
| 210 | 55.00 | 544.97 | 6986.49 | 119007.21 | 102528.42 |
| 211 | 55.29 | 544.68 | 7041.78 | 119551.89 | 102473.13 |
| 212 | 55.58 | 544.39 | 7097.36 | 120096.28 | 102417.55 |
| 213 | 55.88 | 544.09 | 7153.24 | 120640.37 | 102361.67 |
| 214 | 56.17 | 543.80 | 7209.41 | 121184.17 | 102305.50 |
| 215 | 56.47 | 543.50 | 7265.88 | 121727.67 | 102249.03 |
| 216 | 56.77 | 543.20 | 7322.65 | 122270.87 | 102192.26 |
| 217 | 57.07 | 542.90 | 7379.72 | 122813.77 | 102135.19 |
| 218 | 57.38 | 542.59 | 7437.10 | 123356.36 | 102077.81 |
| 219 | 57.68 | 542.29 | 7494.78 | 123898.65 | 102020.13 |
| 220 | 57.99 | 541.98 | 7552.77 | 124440.63 | 101962.14 |
| 221 | 58.30 | 541.67 | 7611.07 | 124982.30 | 101903.84 |
| 222 | 58.61 | 541.36 | 7669.68 | 125523.66 | 101845.23 |
| 223 | 58.92 | 541.05 | 7728.60 | 126064.71 | 101786.31 |
| 224 | 59.23 | 540.74 | 7787.83 | 126605.45 | 101727.08 |
| 225 | 59.54 | 540.43 | 7847.37 | 127145.88 | 101667.54 |
| 226 | 59.86 | 540.11 | 7907.23 | 127685.99 | 101607.68 |
| 227 | 60.18 | 539.79 | 7967.41 | 128225.78 | 101547.50 |
| 228 | 60.50 | 539.47 | 8027.91 | 128765.25 | 101487.00 |
| 229 | 60.82 | 539.15 | 8088.73 | 129304.40 | 101426.18 |
| 230 | 61.14 | 538.83 | 8149.87 | 129843.23 | 101365.04 |
| 231 | 61.47 | 538.50 | 8211.34 | 130381.73 | 101303.57 |
| 232 | 61.79 | 538.18 | 8273.13 | 130919.91 | 101241.78 |
| 233 | 62.12 | 537.85 | 8335.25 | 131457.76 | 101179.66 |
| 234 | 62.45 | 537.52 | 8397.70 | 131995.28 | 101117.21 |
| 235 | 62.78 | 537.19 | 8460.48 | 132532.47 | 101054.43 |
| 236 | 63.12 | 536.85 | 8523.60 | 133069.32 | 100991.31 |
| 237 | 63.45 | 536.52 | 8587.05 | 133605.84 | 100927.86 |
| 238 | 63.79 | 536.18 | 8650.84 | 134142.02 | 100864.07 |
| 239 | 64.13 | 535.84 | 8714.97 | 134677.86 | 100799.94 |
| 240 | 64.47 | 535.50 | 8779.44 | 135213.36 | 100735.47 |
| 241 | 64.81 | 535.16 | 8844.25 | 135748.52 | 100670.66 |
| 242 | 65.16 | 534.81 | 8909.41 | 136283.33 | 100605.50 |
| 243 | 65.50 | 534.47 | 8974.91 | 136817.80 | 100540.00 |
| 244 | 65.85 | 534.12 | 9040.76 | 137351.92 | 100474.15 |
| 245 | 66.20 | 533.77 | 9106.96 | 137885.69 | 100407.95 |
| 246 | 66.55 | 533.42 | 9173.51 | 138419.11 | 100341.40 |
| 247 | 66.91 | 533.06 | 9240.42 | 138952.17 | 100274.49 |
| 248 | 67.26 | 532.71 | 9307.68 | 139484.88 | 100207.23 |
| 249 | 67.62 | 532.35 | 9375.30 | 140017.23 | 100139.61 |
| 250 | 67.98 | 531.99 | 9443.28 | 140549.22 | 100071.63 |
| 251 | 68.34 | 531.63 | 9511.62 | 141080.85 | 100003.29 |
| 252 | 68.70 | 531.27 | 9580.32 | 141612.12 | 99934.59 |
| 253 | 69.07 | 530.90 | 9649.39 | 142143.02 | 99865.52 |

Amortization Calculation

| | | | | | |
|---|---|---|---|---|---|
| 254 | 69.43 | 530.54 | 9718.82 | 142673.56 | 99796.09 |
| 255 | 69.80 | 530.17 | 9788.62 | 143203.73 | 99726.29 |
| 256 | 70.17 | 529.80 | 9858.79 | 143733.53 | 99656.12 |
| 257 | 70.55 | 529.42 | 9929.34 | 144262.95 | 99585.57 |
| 258 | 70.92 | 529.05 | 10000.26 | 144792.00 | 99514.65 |
| 259 | 71.30 | 528.67 | 10071.56 | 145320.67 | 99443.35 |
| 260 | 71.68 | 528.29 | 10143.24 | 145848.96 | 99371.67 |
| 261 | 72.06 | 527.91 | 10215.30 | 146376.87 | 99299.61 |
| 262 | 72.44 | 527.53 | 10287.74 | 146904.40 | 99227.17 |
| 263 | 72.83 | 527.14 | 10360.57 | 147431.54 | 99154.34 |
| 264 | 73.21 | 526.76 | 10433.78 | 147958.30 | 99081.13 |
| 265 | 73.60 | 526.37 | 10507.38 | 148484.67 | 99007.53 |
| 266 | 73.99 | 525.98 | 10581.37 | 149010.65 | 98933.54 |
| 267 | 74.39 | 525.58 | 10655.76 | 149536.23 | 98859.15 |
| 268 | 74.78 | 525.19 | 10730.54 | 150061.42 | 98784.37 |
| 269 | 75.18 | 524.79 | 10805.72 | 150586.21 | 98709.19 |
| 270 | 75.58 | 524.39 | 10881.30 | 151110.60 | 98633.61 |
| 271 | 75.98 | 523.99 | 10957.28 | 151634.59 | 98557.63 |
| 272 | 76.38 | 523.59 | 11033.66 | 152158.18 | 98481.25 |
| 273 | 76.79 | 523.18 | 11110.45 | 152681.36 | 98404.46 |
| 274 | 77.20 | 522.77 | 11187.65 | 153204.13 | 98327.26 |
| 275 | 77.61 | 522.36 | 11265.26 | 153726.49 | 98249.65 |
| 276 | 78.02 | 521.95 | 11343.28 | 154248.44 | 98171.63 |
| 277 | 78.43 | 521.54 | 11421.71 | 154769.98 | 98093.20 |
| 278 | 78.85 | 521.12 | 11500.56 | 155291.10 | 98014.35 |
| 279 | 79.27 | 520.70 | 11579.83 | 155811.80 | 97935.08 |
| 280 | 79.69 | 520.28 | 11659.52 | 156332.08 | 97855.39 |
| 281 | 80.11 | 519.86 | 11739.63 | 156851.94 | 97775.28 |
| 282 | 80.54 | 519.43 | 11820.17 | 157371.37 | 97694.74 |
| 283 | 80.97 | 519.00 | 11901.14 | 157890.37 | 97613.77 |
| 284 | 81.40 | 518.57 | 11982.54 | 158408.94 | 97532.37 |
| 285 | 81.83 | 518.14 | 12064.37 | 158927.08 | 97450.54 |
| 286 | 82.26 | 517.71 | 12146.63 | 159444.79 | 97368.28 |
| 287 | 82.70 | 517.27 | 12229.33 | 159962.06 | 97285.58 |
| 288 | 83.14 | 516.83 | 12312.47 | 160478.89 | 97202.44 |
| 289 | 83.58 | 516.39 | 12396.05 | 160995.28 | 97118.86 |
| 290 | 84.03 | 515.94 | 12480.08 | 161511.22 | 97034.83 |
| 291 | 84.47 | 515.50 | 12564.55 | 162026.72 | 96950.36 |
| 292 | 84.92 | 515.05 | 12649.47 | 162541.77 | 96865.44 |
| 293 | 85.37 | 514.60 | 12734.84 | 163056.37 | 96780.07 |
| 294 | 85.83 | 514.14 | 12820.67 | 163570.51 | 96694.24 |
| 295 | 86.28 | 513.69 | 12906.95 | 164084.20 | 96607.96 |
| 296 | 86.74 | 513.23 | 12993.69 | 164597.43 | 96521.22 |
| 297 | 87.20 | 512.77 | 13080.89 | 165110.20 | 96434.02 |
| 298 | 87.66 | 512.31 | 13168.55 | 165622.51 | 96346.36 |
| 299 | 88.13 | 511.84 | 13256.68 | 166134.35 | 96258.23 |
| 300 | 88.60 | 511.37 | 13345.28 | 166645.72 | 96169.63 |

Amortization Calculation                                          http://ray.met.fsu.edu/cgi-bin/amortize

| | | | | | |
|---|---|---|---|---|---|
| 301 | 89.07 | 510.90 | 13434.35 | 167156.62 | 96080.56 |
| 302 | 89.54 | 510.43 | 13523.89 | 167667.05 | 95991.02 |
| 303 | 90.02 | 509.95 | 13613.91 | 168177.00 | 95901.00 |
| 304 | 90.50 | 509.47 | 13704.41 | 168686.47 | 95810.50 |
| 305 | 90.98 | 508.99 | 13795.39 | 169195.46 | 95719.52 |
| 306 | 91.46 | 508.51 | 13886.85 | 169703.97 | 95628.06 |
| 307 | 91.95 | 508.02 | 13978.80 | 170211.99 | 95536.11 |
| 308 | 92.43 | 507.54 | 14071.23 | 170719.53 | 95443.68 |
| 309 | 92.93 | 507.04 | 14164.16 | 171226.57 | 95350.75 |
| 310 | 93.42 | 506.55 | 14257.58 | 171733.12 | 95257.33 |
| 311 | 93.92 | 506.05 | 14351.50 | 172239.17 | 95163.41 |
| 312 | 94.41 | 505.56 | 14445.91 | 172744.73 | 95069.00 |
| 313 | 94.92 | 505.05 | 14540.83 | 173249.78 | 94974.08 |
| 314 | 95.42 | 504.55 | 14636.25 | 173754.33 | 94878.66 |
| 315 | 95.93 | 504.04 | 14732.18 | 174258.37 | 94782.73 |
| 316 | 96.44 | 503.53 | 14828.62 | 174761.90 | 94686.29 |
| 317 | 96.95 | 503.02 | 14925.57 | 175264.92 | 94589.34 |
| 318 | 97.46 | 502.51 | 15023.03 | 175767.43 | 94491.88 |
| 319 | 97.98 | 501.99 | 15121.01 | 176269.42 | 94393.90 |
| 320 | 98.50 | 501.47 | 15219.51 | 176770.89 | 94295.40 |
| 321 | 99.03 | 500.94 | 15318.54 | 177271.83 | 94196.37 |
| 322 | 99.55 | 500.42 | 15418.09 | 177772.25 | 94096.82 |
| 323 | 100.08 | 499.89 | 15518.17 | 178272.14 | 93996.74 |
| 324 | 100.61 | 499.36 | 15618.78 | 178771.50 | 93896.13 |
| 325 | 101.15 | 498.82 | 15719.93 | 179270.32 | 93794.98 |
| 326 | 101.68 | 498.29 | 15821.61 | 179768.61 | 93693.30 |
| 327 | 102.22 | 497.75 | 15923.83 | 180266.36 | 93591.08 |
| 328 | 102.77 | 497.20 | 16026.60 | 180763.56 | 93488.31 |
| 329 | 103.31 | 496.66 | 16129.91 | 181260.22 | 93385.00 |
| 330 | 103.86 | 496.11 | 16233.77 | 181756.33 | 93281.14 |
| 331 | 104.41 | 495.56 | 16338.18 | 182251.89 | 93176.73 |
| 332 | 104.97 | 495.00 | 16443.15 | 182746.89 | 93071.76 |
| 333 | 105.53 | 494.44 | 16548.68 | 183241.33 | 92966.23 |
| 334 | 106.09 | 493.88 | 16654.77 | 183735.21 | 92860.14 |
| 335 | 106.65 | 493.32 | 16761.42 | 184228.53 | 92753.49 |
| 336 | 107.22 | 492.75 | 16868.64 | 184721.28 | 92646.27 |
| 337 | 107.79 | 492.18 | 16976.43 | 185213.46 | 92538.48 |
| 338 | 108.36 | 491.61 | 17084.79 | 185705.07 | 92430.12 |
| 339 | 108.93 | 491.04 | 17193.72 | 186196.11 | 92321.19 |
| 340 | 109.51 | 490.46 | 17303.23 | 186686.57 | 92211.68 |
| 341 | 110.10 | 489.87 | 17413.33 | 187176.44 | 92101.58 |
| 342 | 110.68 | 489.29 | 17524.01 | 187665.73 | 91990.90 |
| 343 | 111.27 | 488.70 | 17635.28 | 188154.43 | 91879.63 |
| 344 | 111.86 | 488.11 | 17747.14 | 188642.54 | 91767.77 |
| 345 | 112.45 | 487.52 | 17859.59 | 189130.06 | 91655.32 |
| 346 | 113.05 | 486.92 | 17972.64 | 189616.98 | 91542.27 |
| 347 | 113.65 | 486.32 | 18086.29 | 190103.30 | 91428.62 |
| 348 | 114.26 | 485.71 | 18200.55 | 190589.01 | 91314.36 |

| | | | | | |
|---|---|---|---|---|---|
| 349 | 114.86 | 485.11 | 18315.41 | 191074.12 | 91199.50 |
| 350 | 115.47 | 484.50 | 18430.88 | 191558.62 | 91084.03 |
| 351 | 116.09 | 483.88 | 18546.97 | 192042.50 | 90967.94 |
| 352 | 116.70 | 483.27 | 18663.67 | 192525.77 | 90851.24 |
| 353 | 117.32 | 482.65 | 18780.99 | 193008.42 | 90733.92 |
| 354 | 117.95 | 482.02 | 18898.94 | 193490.44 | 90615.97 |
| 355 | 118.57 | 481.40 | 19017.51 | 193971.84 | 90497.40 |
| 356 | 119.20 | 480.77 | 19136.71 | 194452.61 | 90378.20 |
| 357 | 119.84 | 480.13 | 19256.55 | 194932.74 | 90258.36 |
| 358 | 120.47 | 479.50 | 19377.02 | 195412.24 | 90137.89 |
| 359 | 121.11 | 478.86 | 19498.13 | 195891.10 | 90016.78 |
| 360 | 121.76 | 478.21 | 19619.89 | 196369.31 | 89895.02 |
| 361 | 122.40 | 477.57 | 19742.29 | 196846.88 | 89772.62 |
| 362 | 123.05 | 476.92 | 19865.34 | 197323.80 | 89649.57 |
| 363 | 123.71 | 476.26 | 19989.05 | 197800.06 | 89525.86 |
| 364 | 124.36 | 475.61 | 20113.41 | 198275.67 | 89401.50 |
| 365 | 125.02 | 474.95 | 20238.43 | 198750.62 | 89276.48 |
| 366 | 125.69 | 474.28 | 20364.12 | 199224.90 | 89150.79 |
| 367 | 126.36 | 473.61 | 20490.48 | 199698.51 | 89024.43 |
| 368 | 127.03 | 472.94 | 20617.51 | 200171.45 | 88897.40 |
| 369 | 127.70 | 472.27 | 20745.21 | 200643.72 | 88769.70 |
| 370 | 128.38 | 471.59 | 20873.59 | 201115.31 | 88641.32 |
| 371 | 129.06 | 470.91 | 21002.65 | 201586.22 | 88512.26 |
| 372 | 129.75 | 470.22 | 21132.40 | 202056.44 | 88382.51 |
| 373 | 130.44 | 469.53 | 21262.84 | 202525.97 | 88252.07 |
| 374 | 131.13 | 468.84 | 21393.97 | 202994.81 | 88120.94 |
| 375 | 131.83 | 468.14 | 21525.80 | 203462.95 | 87989.11 |
| 376 | 132.53 | 467.44 | 21658.33 | 203930.39 | 87856.58 |
| 377 | 133.23 | 466.74 | 21791.56 | 204397.13 | 87723.35 |
| 378 | 133.94 | 466.03 | 21925.50 | 204863.16 | 87589.41 |
| 379 | 134.65 | 465.32 | 22060.15 | 205328.48 | 87454.76 |
| 380 | 135.37 | 464.60 | 22195.52 | 205793.08 | 87319.39 |
| 381 | 136.09 | 463.88 | 22331.61 | 206256.96 | 87183.30 |
| 382 | 136.81 | 463.16 | 22468.42 | 206720.12 | 87046.49 |
| 383 | 137.54 | 462.43 | 22605.96 | 207182.55 | 86908.95 |
| 384 | 138.27 | 461.70 | 22744.23 | 207644.25 | 86770.68 |
| 385 | 139.00 | 460.97 | 22883.23 | 208105.22 | 86631.68 |
| 386 | 139.74 | 460.23 | 23022.97 | 208565.45 | 86491.94 |
| 387 | 140.48 | 459.49 | 23163.45 | 209024.94 | 86351.46 |
| 388 | 141.23 | 458.74 | 23304.68 | 209483.68 | 86210.23 |
| 389 | 141.98 | 457.99 | 23446.66 | 209941.67 | 86068.25 |
| 390 | 142.73 | 457.24 | 23589.39 | 210398.91 | 85925.52 |
| 391 | 143.49 | 456.48 | 23732.88 | 210855.39 | 85782.03 |
| 392 | 144.25 | 455.72 | 23877.13 | 211311.11 | 85637.78 |
| 393 | 145.02 | 454.95 | 24022.15 | 211766.06 | 85492.76 |
| 394 | 145.79 | 454.18 | 24167.94 | 212220.24 | 85346.97 |
| 395 | 146.56 | 453.41 | 24314.50 | 212673.65 | 85200.41 |

| | | | | | |
|---|---|---|---|---|---|
| 396 | 147.34 | 452.63 | 24461.84 | 213126.28 | 85053.07 |
| 397 | 148.13 | 451.84 | 24609.97 | 213578.12 | 84904.94 |
| 398 | 148.91 | 451.06 | 24758.88 | 214029.18 | 84756.03 |
| 399 | 149.70 | 450.27 | 24908.58 | 214479.45 | 84606.33 |
| 400 | 150.50 | 449.47 | 25059.08 | 214928.92 | 84455.83 |
| 401 | 151.30 | 448.67 | 25210.38 | 215377.59 | 84304.53 |
| 402 | 152.10 | 447.87 | 25362.48 | 215825.46 | 84152.43 |
| 403 | 152.91 | 447.06 | 25515.39 | 216272.52 | 83999.52 |
| 404 | 153.72 | 446.25 | 25669.11 | 216718.77 | 83845.80 |
| 405 | 154.54 | 445.43 | 25823.65 | 217164.20 | 83691.26 |
| 406 | 155.36 | 444.61 | 25979.01 | 217608.81 | 83535.90 |
| 407 | 156.19 | 443.78 | 26135.20 | 218052.59 | 83379.71 |
| 408 | 157.02 | 442.95 | 26292.22 | 218495.54 | 83222.69 |
| 409 | 157.85 | 442.12 | 26450.07 | 218937.66 | 83064.84 |
| 410 | 158.69 | 441.28 | 26608.76 | 219378.94 | 82906.15 |
| 411 | 159.53 | 440.44 | 26768.29 | 219819.38 | 82746.62 |
| 412 | 160.38 | 439.59 | 26928.67 | 220258.97 | 82586.24 |
| 413 | 161.23 | 438.74 | 27089.90 | 220697.71 | 82425.01 |
| 414 | 162.09 | 437.88 | 27251.99 | 221135.59 | 82262.92 |
| 415 | 162.95 | 437.02 | 27414.94 | 221572.61 | 82099.97 |
| 416 | 163.81 | 436.16 | 27578.75 | 222008.77 | 81936.16 |
| 417 | 164.68 | 435.29 | 27743.43 | 222444.06 | 81771.48 |
| 418 | 165.56 | 434.41 | 27908.99 | 222878.47 | 81605.92 |
| 419 | 166.44 | 433.53 | 28075.43 | 223312.00 | 81439.48 |
| 420 | 167.32 | 432.65 | 28242.75 | 223744.65 | 81272.16 |
| 421 | 168.21 | 431.76 | 28410.96 | 224176.41 | 81103.95 |
| 422 | 169.11 | 430.86 | 28580.07 | 224607.27 | 80934.84 |
| 423 | 170.00 | 429.97 | 28750.07 | 225037.24 | 80764.84 |
| 424 | 170.91 | 429.06 | 28920.98 | 225466.30 | 80422.12 |
| 425 | 171.81 | 428.16 | 29092.79 | 225894.46 | 80422.12 |
| 426 | 172.73 | 427.24 | 29265.52 | 226321.70 | 80249.39 |
| 427 | 173.65 | 426.32 | 29439.17 | 226748.02 | 80075.74 |
| 428 | 174.57 | 425.40 | 29613.74 | 227173.42 | 79901.17 |
| 429 | 175.50 | 424.47 | 29789.24 | 227597.89 | 79725.67 |
| 430 | 176.43 | 423.54 | 29965.67 | 228021.43 | 79549.24 |
| 431 | 177.36 | 422.61 | 30143.03 | 228444.04 | 79371.88 |
| 432 | 178.31 | 421.66 | 30321.34 | 228865.70 | 79193.57 |
| 433 | 179.25 | 420.72 | 30500.59 | 229286.42 | 79014.32 |
| 434 | 180.21 | 419.76 | 30680.80 | 229706.18 | 78834.11 |
| 435 | 181.16 | 418.81 | 30861.96 | 230124.99 | 78652.95 |
| 436 | 182.13 | 417.84 | 31044.09 | 230542.83 | 78470.82 |
| 437 | 183.09 | 416.88 | 31227.18 | 230959.71 | 78287.73 |
| 438 | 184.07 | 415.90 | 31411.25 | 231375.61 | 78103.66 |
| 439 | 185.04 | 414.93 | 31596.29 | 231790.54 | 77918.62 |
| 440 | 186.03 | 413.94 | 31782.32 | 232204.48 | 77732.59 |
| 441 | 187.02 | 412.95 | 31969.34 | 232617.43 | 77545.57 |
| 442 | 188.01 | 411.96 | 32157.35 | 233029.39 | 77357.56 |

| | | | | | |
|---|---|---|---|---|---|
| 443 | 189.01 | 410.96 | 32346.36 | 233440.35 | 77168.55 |
| 444 | 190.01 | 409.96 | 32536.37 | 233850.31 | 76978.54 |
| 445 | 191.02 | 408.95 | 32727.39 | 234259.26 | 76787.52 |
| 446 | 192.04 | 407.93 | 32919.43 | 234667.19 | 76595.48 |
| 447 | 193.06 | 406.91 | 33112.49 | 235074.10 | 76402.42 |
| 448 | 194.08 | 405.89 | 33306.57 | 235479.99 | 76208.34 |
| 449 | 195.11 | 404.86 | 33501.68 | 235884.85 | 76013.23 |
| 450 | 196.15 | 403.82 | 33697.83 | 236288.67 | 75817.08 |
| 451 | 197.19 | 402.78 | 33895.02 | 236691.45 | 75619.89 |
| 452 | 198.24 | 401.73 | 34093.26 | 237093.18 | 75421.65 |
| 453 | 199.29 | 400.68 | 34292.55 | 237493.86 | 75222.36 |
| 454 | 200.35 | 399.62 | 34492.90 | 237893.48 | 75022.01 |
| 455 | 201.42 | 398.55 | 34694.32 | 238292.03 | 74820.59 |
| 456 | 202.49 | 397.48 | 34896.81 | 238689.51 | 74618.10 |
| 457 | 203.56 | 396.41 | 35100.37 | 239085.92 | 74414.54 |
| 458 | 204.64 | 395.33 | 35305.01 | 239481.25 | 74209.90 |
| 459 | 205.73 | 394.24 | 35510.74 | 239875.49 | 74004.17 |
| 460 | 206.82 | 393.15 | 35717.56 | 240268.64 | 73797.35 |
| 461 | 207.92 | 392.05 | 35925.48 | 240660.69 | 73589.43 |
| 462 | 209.03 | 390.94 | 36134.51 | 241051.63 | 73380.40 |
| 463 | 210.14 | 389.83 | 36344.65 | 241441.46 | 73170.26 |
| 464 | 211.25 | 388.72 | 36555.90 | 241830.18 | 72959.01 |
| 465 | 212.38 | 387.59 | 36768.28 | 242217.77 | 72746.63 |
| 466 | 213.50 | 386.47 | 36981.78 | 242604.24 | 72533.13 |
| 467 | 214.64 | 385.33 | 37196.42 | 242989.57 | 72318.49 |
| 468 | 215.78 | 384.19 | 37412.20 | 243373.76 | 72102.71 |
| 469 | 216.92 | 383.05 | 37629.12 | 243756.81 | 71885.79 |
| 470 | 218.08 | 381.89 | 37847.20 | 244138.70 | 71667.71 |
| 471 | 219.24 | 380.73 | 38066.44 | 244519.43 | 71448.47 |
| 472 | 220.40 | 379.57 | 38286.84 | 244899.00 | 71228.07 |
| 473 | 221.57 | 378.40 | 38508.41 | 245277.40 | 71006.50 |
| 474 | 222.75 | 377.22 | 38731.16 | 245654.62 | 70783.75 |
| 475 | 223.93 | 376.04 | 38955.09 | 246030.66 | 70559.82 |
| 476 | 225.12 | 374.85 | 39180.21 | 246405.51 | 70334.70 |
| 477 | 226.32 | 373.65 | 39406.53 | 246779.16 | 70108.38 |
| 478 | 227.52 | 372.45 | 39634.05 | 247151.61 | 69880.86 |
| 479 | 228.73 | 371.24 | 39862.78 | 247522.85 | 69652.13 |
| 480 | 229.94 | 370.03 | 40092.72 | 247892.88 | 69422.19 |
| 481 | 231.16 | 368.81 | 40323.88 | 248261.69 | 69191.03 |
| 482 | 232.39 | 367.58 | 40556.27 | 248629.27 | 68958.64 |
| 483 | 233.63 | 366.34 | 40789.90 | 248995.61 | 68725.01 |
| 484 | 234.87 | 365.10 | 41024.77 | 249360.71 | 68490.14 |
| 485 | 236.12 | 363.85 | 41260.89 | 249724.56 | 68254.02 |
| 486 | 237.37 | 362.60 | 41498.26 | 250087.16 | 68016.65 |
| 487 | 238.63 | 361.34 | 41736.89 | 250448.50 | 67778.02 |
| 488 | 239.90 | 360.07 | 41976.79 | 250808.57 | 67538.12 |
| 489 | 241.17 | 358.80 | 42217.96 | 251167.37 | 67296.95 |

| 490 | 242.45 | 357.52 | 42460.41 | 251524.89 | 67054.50 |
| 491 | 243.74 | 356.23 | 42704.15 | 251881.12 | 66810.76 |
| 492 | 245.04 | 354.93 | 42949.19 | 252236.05 | 66565.72 |
| 493 | 246.34 | 353.63 | 43195.53 | 252589.68 | 66319.38 |
| 494 | 247.65 | 352.32 | 43443.18 | 252942.00 | 66071.73 |
| 495 | 248.96 | 351.01 | 43692.14 | 253293.01 | 65822.77 |
| 496 | 250.29 | 349.68 | 43942.43 | 253642.69 | 65572.48 |
| 497 | 251.62 | 348.35 | 44194.05 | 253991.04 | 65320.86 |
| 498 | 252.95 | 347.02 | 44447.00 | 254338.06 | 65067.91 |
| 499 | 254.30 | 345.67 | 44701.30 | 254683.73 | 64813.61 |
| 500 | 255.65 | 344.32 | 44956.95 | 255028.05 | 64557.96 |
| 501 | 257.01 | 342.96 | 45213.96 | 255371.01 | 64300.95 |
| 502 | 258.37 | 341.60 | 45472.33 | 255712.61 | 64042.58 |
| 503 | 259.74 | 340.23 | 45732.07 | 256052.84 | 63782.84 |
| 504 | 261.12 | 338.85 | 45993.19 | 256391.69 | 63521.72 |
| 505 | 262.51 | 337.46 | 46255.70 | 256729.15 | 63259.21 |
| 506 | 263.91 | 336.06 | 46519.61 | 257065.21 | 62995.30 |
| 507 | 265.31 | 334.66 | 46784.92 | 257399.87 | 62729.99 |
| 508 | 266.72 | 333.25 | 47051.64 | 257733.12 | 62463.27 |
| 509 | 268.13 | 331.84 | 47319.77 | 258064.96 | 62195.14 |
| 510 | 269.56 | 330.41 | 47589.33 | 258395.37 | 61925.58 |
| 511 | 270.99 | 328.98 | 47860.32 | 258724.35 | 61654.59 |
| 512 | 272.43 | 327.54 | 48132.75 | 259051.89 | 61382.16 |
| 513 | 273.88 | 326.09 | 48406.63 | 259377.98 | 61108.28 |
| 514 | 275.33 | 324.64 | 48681.96 | 259702.62 | 60832.95 |
| 515 | 276.79 | 323.18 | 48958.75 | 260025.80 | 60556.16 |
| 516 | 278.27 | 321.70 | 49237.02 | 260347.50 | 60277.89 |
| 517 | 279.74 | 320.23 | 49516.76 | 260667.73 | 59998.15 |
| 518 | 281.23 | 318.74 | 49797.99 | 260986.47 | 59716.92 |
| 519 | 282.72 | 317.25 | 50080.71 | 261303.72 | 59434.20 |
| 520 | 284.23 | 315.74 | 50364.94 | 261619.46 | 59149.97 |
| 521 | 285.74 | 314.23 | 50650.68 | 261933.69 | 58864.23 |
| 522 | 287.25 | 312.72 | 50937.93 | 262246.41 | 58576.98 |
| 523 | 288.78 | 311.19 | 51226.71 | 262557.60 | 58288.20 |
| 524 | 290.31 | 309.66 | 51517.02 | 262867.26 | 57997.89 |
| 525 | 291.86 | 308.11 | 51808.88 | 263175.37 | 57706.03 |
| 526 | 293.41 | 306.56 | 52102.29 | 263481.93 | 57412.62 |
| 527 | 294.97 | 305.00 | 52397.26 | 263786.93 | 57117.65 |
| 528 | 296.53 | 303.44 | 52693.79 | 264090.37 | 56821.12 |
| 529 | 298.11 | 301.86 | 52991.90 | 264392.23 | 56523.01 |
| 530 | 299.69 | 300.28 | 53291.59 | 264692.51 | 56223.32 |
| 531 | 301.28 | 298.69 | 53592.87 | 264991.20 | 55922.04 |
| 532 | 302.88 | 297.09 | 53895.75 | 265288.29 | 55619.16 |
| 533 | 304.49 | 295.48 | 54200.24 | 265583.77 | 55314.67 |
| 534 | 306.11 | 293.86 | 54506.35 | 265877.63 | 55008.56 |
| 535 | 307.74 | 292.23 | 54814.09 | 266169.86 | 54700.82 |
| 536 | 309.37 | 290.60 | 55123.46 | 266460.46 | 54391.45 |

Amortization Calculation                                    http://ray.met.fsu.edu/cgi-bin/amortize

| | | | | | |
|---|---|---|---|---|---|
| 537 | 311.02 | 288.95 | 55434.48 | 266749.41 | 54080.43 |
| 538 | 312.67 | 287.30 | 55747.15 | 267036.71 | 53767.76 |
| 539 | 314.33 | 285.64 | 56061.48 | 267322.35 | 53453.43 |
| 540 | 316.00 | 283.97 | 56377.48 | 267606.32 | 53137.43 |
| 541 | 317.68 | 282.29 | 56695.16 | 267888.61 | 52819.75 |
| 542 | 319.37 | 280.60 | 57014.53 | 268169.21 | 52500.38 |
| 543 | 321.06 | 278.91 | 57335.59 | 268448.12 | 52179.32 |
| 544 | 322.77 | 277.20 | 57658.36 | 268725.32 | 51856.55 |
| 545 | 324.48 | 275.49 | 57982.84 | 269000.81 | 51532.07 |
| 546 | 326.21 | 273.76 | 58309.05 | 269274.57 | 51205.86 |
| 547 | 327.94 | 272.03 | 58636.99 | 269546.60 | 50877.92 |
| 548 | 329.68 | 270.29 | 58966.67 | 269816.89 | 50548.24 |
| 549 | 331.43 | 268.54 | 59298.10 | 270085.43 | 50216.81 |
| 550 | 333.19 | 266.78 | 59631.29 | 270352.21 | 49883.62 |
| 551 | 334.96 | 265.01 | 59966.25 | 270617.22 | 49548.66 |
| 552 | 336.74 | 263.23 | 60302.99 | 270880.45 | 49211.92 |
| 553 | 338.53 | 261.44 | 60641.52 | 271141.89 | 48873.39 |
| 554 | 340.33 | 259.64 | 60981.85 | 271401.53 | 48533.06 |
| 555 | 342.14 | 257.83 | 61323.99 | 271659.36 | 48190.92 |
| 556 | 343.96 | 256.01 | 61667.95 | 271915.37 | 47846.96 |
| 557 | 345.78 | 254.19 | 62013.73 | 272169.56 | 47501.18 |
| 558 | 347.62 | 252.35 | 62361.35 | 272421.91 | 47153.56 |
| 559 | 349.47 | 250.50 | 62710.82 | 272672.41 | 46804.09 |
| 560 | 351.32 | 248.65 | 63062.14 | 272921.06 | 46452.77 |
| 561 | 353.19 | 246.78 | 63415.33 | 273167.84 | 46099.58 |
| 562 | 355.07 | 244.90 | 63770.40 | 273412.74 | 45744.51 |
| 563 | 356.95 | 243.02 | 64127.35 | 273655.76 | 45387.56 |
| 564 | 358.85 | 241.12 | 64486.20 | 273896.88 | 45028.71 |
| 565 | 360.75 | 239.22 | 64846.95 | 274136.10 | 44667.96 |
| 566 | 362.67 | 237.30 | 65209.62 | 274373.40 | 44305.29 |
| 567 | 364.60 | 235.37 | 65574.22 | 274608.77 | 43940.69 |
| 568 | 366.54 | 233.43 | 65940.76 | 274842.20 | 43574.15 |
| 569 | 368.48 | 231.49 | 66309.24 | 275073.69 | 43205.67 |
| 570 | 370.44 | 229.53 | 66679.68 | 275303.22 | 42835.23 |
| 571 | 372.41 | 227.56 | 67052.09 | 275530.78 | 42462.82 |
| 572 | 374.39 | 225.58 | 67426.48 | 275756.36 | 42088.43 |
| 573 | 376.38 | 223.59 | 67802.86 | 275979.95 | 41712.05 |
| 574 | 378.37 | 221.60 | 68181.23 | 276201.55 | 41333.68 |
| 575 | 380.38 | 219.59 | 68561.61 | 276421.14 | 40953.30 |
| 576 | 382.41 | 217.56 | 68944.02 | 276638.70 | 40570.89 |
| 577 | 384.44 | 215.53 | 69328.46 | 276854.23 | 40186.45 |
| 578 | 386.48 | 213.49 | 69714.94 | 277067.72 | 39799.97 |
| 579 | 388.53 | 211.44 | 70103.47 | 277279.16 | 39411.44 |
| 580 | 390.60 | 209.37 | 70494.07 | 277488.53 | 39020.84 |
| 581 | 392.67 | 207.30 | 70886.74 | 277695.83 | 38628.17 |
| 582 | 394.76 | 205.21 | 71281.50 | 277901.04 | 38233.41 |
| 583 | 396.86 | 203.11 | 71678.36 | 278104.15 | 37836.55 |

| | | | | | |
|---|---|---|---|---|---|
| 584 | 398.96 | 201.01 | 72077.32 | 278305.16 | 37437.59 |
| 585 | 401.08 | 198.89 | 72478.40 | 278504.05 | 37036.51 |
| 586 | 403.21 | 196.76 | 72881.61 | 278700.81 | 36633.30 |
| 587 | 405.36 | 194.61 | 73286.97 | 278895.42 | 36227.94 |
| 588 | 407.51 | 192.46 | 73694.48 | 279087.88 | 35820.43 |
| 589 | 409.67 | 190.30 | 74104.15 | 279278.18 | 35410.76 |
| 590 | 411.85 | 188.12 | 74516.00 | 279466.30 | 34998.91 |
| 591 | 414.04 | 185.93 | 74930.04 | 279652.23 | 34584.87 |
| 592 | 416.24 | 183.73 | 75346.28 | 279835.96 | 34168.63 |
| 593 | 418.45 | 181.52 | 75764.73 | 280017.48 | 33750.18 |
| 594 | 420.67 | 179.30 | 76185.40 | 280196.78 | 33329.51 |
| 595 | 422.91 | 177.06 | 76608.31 | 280373.84 | 32906.60 |
| 596 | 425.15 | 174.82 | 77033.46 | 280548.66 | 32481.45 |
| 597 | 427.41 | 172.56 | 77460.87 | 280721.22 | 32054.04 |
| 598 | 429.68 | 170.29 | 77890.55 | 280891.51 | 31624.36 |
| 599 | 431.97 | 168.00 | 78322.52 | 281059.51 | 31192.39 |
| 600 | 434.26 | 165.71 | 78756.78 | 281225.22 | 30758.13 |
| 601 | 436.57 | 163.40 | 79193.35 | 281388.62 | 30321.56 |
| 602 | 438.89 | 161.08 | 79632.24 | 281549.70 | 29882.67 |
| 603 | 441.22 | 158.75 | 80073.46 | 281708.45 | 29441.45 |
| 604 | 443.56 | 156.41 | 80517.02 | 281864.86 | 28997.89 |
| 605 | 445.92 | 154.05 | 80962.94 | 282018.91 | 28551.97 |
| 606 | 448.29 | 151.68 | 81411.23 | 282170.59 | 28103.68 |
| 607 | 450.67 | 149.30 | 81861.90 | 282319.89 | 27653.01 |
| 608 | 453.06 | 146.91 | 82314.96 | 282466.80 | 27199.95 |
| 609 | 455.47 | 144.50 | 82770.43 | 282611.30 | 26744.48 |
| 610 | 457.89 | 142.08 | 83228.32 | 282753.38 | 26286.59 |
| 611 | 460.32 | 139.65 | 83688.64 | 282893.03 | 25826.27 |
| 612 | 462.77 | 137.20 | 84151.41 | 283030.23 | 25363.50 |
| 613 | 465.23 | 134.74 | 84616.64 | 283164.97 | 24898.27 |
| 614 | 467.70 | 132.27 | 85084.34 | 283297.24 | 24430.57 |
| 615 | 470.18 | 129.79 | 85554.52 | 283427.03 | 23960.39 |
| 616 | 472.68 | 127.29 | 86027.20 | 283554.32 | 23487.71 |
| 617 | 475.19 | 124.78 | 86502.39 | 283679.10 | 23012.52 |
| 618 | 477.72 | 122.25 | 86980.11 | 283801.35 | 22534.80 |
| 619 | 480.25 | 119.72 | 87460.36 | 283921.07 | 22054.55 |
| 620 | 482.81 | 117.16 | 87943.17 | 284038.23 | 21571.74 |
| 621 | 485.37 | 114.60 | 88428.54 | 284152.83 | 21086.37 |
| 622 | 487.95 | 112.02 | 88916.49 | 284264.85 | 20598.42 |
| 623 | 490.54 | 109.43 | 89407.03 | 284374.28 | 20107.88 |
| 624 | 493.15 | 106.82 | 89900.18 | 284481.10 | 19614.73 |
| 625 | 495.77 | 104.20 | 90395.95 | 284585.30 | 19118.96 |
| 626 | 498.40 | 101.57 | 90894.35 | 284686.87 | 18620.56 |
| 627 | 501.05 | 98.92 | 91395.40 | 284785.79 | 18119.51 |
| 628 | 503.71 | 96.26 | 91899.11 | 284882.05 | 17615.80 |
| 629 | 506.39 | 93.58 | 92405.50 | 284975.63 | 17109.41 |
| 630 | 509.08 | 90.89 | 92914.58 | 285066.52 | 16600.33 |

| | | | | | |
|---|---|---|---|---|---|
| 631 | 511.78 | 88.19 | 93426.36 | 285154.71 | 16088.55 |
| 632 | 514.50 | 85.47 | 93940.86 | 285240.18 | 15574.05 |
| 633 | 517.23 | 82.74 | 94458.09 | 285322.92 | 15056.82 |
| 634 | 519.98 | 79.99 | 94978.07 | 285402.91 | 14536.84 |
| 635 | 522.74 | 77.23 | 95500.81 | 285480.14 | 14014.10 |
| 636 | 525.52 | 74.45 | 96026.33 | 285554.59 | 13488.58 |
| 637 | 528.31 | 71.66 | 96554.64 | 285626.25 | 12960.27 |
| 638 | 531.12 | 68.85 | 97085.76 | 285695.10 | 12429.15 |
| 639 | 533.94 | 66.03 | 97619.70 | 285761.13 | 11895.21 |
| 640 | 536.78 | 63.19 | 98156.48 | 285824.32 | 11358.43 |
| 641 | 539.63 | 60.34 | 98696.11 | 285884.66 | 10818.80 |
| 642 | 542.50 | 57.47 | 99238.61 | 285942.13 | 10276.30 |
| 643 | 545.38 | 54.59 | 99783.99 | 285996.72 | 9730.92 |
| 644 | 548.27 | 51.70 | 100332.26 | 286048.42 | 9182.65 |
| 645 | 551.19 | 48.78 | 100883.45 | 286097.20 | 8631.46 |
| 646 | 554.12 | 45.85 | 101437.57 | 286143.05 | 8077.34 |
| 647 | 557.06 | 42.91 | 101994.63 | 286185.96 | 7520.28 |
| 648 | 560.02 | 39.95 | 102554.65 | 286225.91 | 6960.26 |
| 649 | 562.99 | 36.98 | 103117.64 | 286262.89 | 6397.27 |
| 650 | 565.98 | 33.99 | 103683.62 | 286296.88 | 5831.29 |
| 651 | 568.99 | 30.98 | 104252.61 | 286327.86 | 5262.30 |
| 652 | 572.01 | 27.96 | 104824.62 | 286355.82 | 4690.29 |
| 653 | 575.05 | 24.92 | 105399.67 | 286380.74 | 4115.24 |
| 654 | 578.11 | 21.86 | 105977.78 | 286402.60 | 3537.13 |
| 655 | 581.18 | 18.79 | 106558.96 | 286421.39 | 2955.95 |
| 656 | 584.27 | 15.70 | 107143.23 | 286437.09 | 2371.68 |
| 657 | 587.37 | 12.60 | 107730.60 | 286449.69 | 1784.31 |
| 658 | 590.49 | 9.48 | 108321.09 | 286459.17 | 1193.82 |
| 659 | 593.63 | 6.34 | 108914.72 | 286465.51 | 600.19 |
| 660 | * 600.19 | 3.19 | 109514.91 | 286468.70 | -0.00 |

*The final payment has been adjusted to account for payments
having been rounded to the nearest cent.