UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>            Plaintiff,<br><br>    v.<br><br>KIMBERLY D. MARTIN,<br>            Defendant. | )<br>)<br>)   1:CV-00-0858<br>)<br>)<br>)<br>)<br>) |

### ORDER FOR INSTALLMENT PAYMENTS

This matter having come before the Court upon motion of the United States of America, and the Court being sufficiently advised:

IT IS HEREBY ORDERED and ADJUDGED that Kimberly D. Martin, judgment debtor, pay to the United States of America from her nonexempt disposable earnings the sum of $600.00 per month beginning on October 15, 2002 and continuing until the judgment debt plus accrued interest and costs is fully satisfied.

*[signature]*
WILLIAM W. CALDWELL, JUDGE
U. S. District Court

DATE:  9/16/02


FILED
SEP 16 2002