ORIGINAL
2 to CV

THOMAS A. MARINO
United States Attorney
J. JUSTIN BLEWITT, JR.
Assistant U.S. Attorney
Wm. J. Nealon Federal Building
Suite 311
Scranton, PA 18503
Attorneys for Plaintiff
Phone: (570)348-2800

FILED
HARRISBURG, PA

SEP 19 2002

MARY E. D'ANDREA, CLERK
Per_____
      Deputy Clerk

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　Plaintiff, | : 1:CV-00-0858<br>:<br>: |
| vs. | : (Judge Caldwell)<br>: |
| KIMBERLY MARTIN,<br>　　　Defendant. | : |

PRAECIPE TO WITHDRAW MOTION FOR
INSTALLMENT PAYMENT ORDER

AND NOW comes Plaintiff, by and through counsel, and respectfully withdraws the Motion for Installment Payment Order filed on September 12, 2002 in the above captioned matter. The parties have reached a settlement whereby the need for the Order is obviated.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　THOMAS A. MARINO
　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　J. JUSTIN BLEWITT, JR.
　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

　　　　　　　　　　　　　　　　　CARROLL A. TERRUSO
　　　　　　　　　　　　　　　　　Paralegal Specialist

DATE: 9/17/02