IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,              :
      Plaintiff

                           :

        vs.                         :    CIVIL ACTION NO. 1:CV-00-0858

                           :

KIMBERLY D. MARTIN,
      Defendant                   :

**FILED**
HARRISBURG, PA

SEP 2 3 2002

MARY E. D'ANDREA, CLERK
Per _____

O R D E R

AND NOW, this 23rd day of September, 2002, upon consideration of a praecipe filed by the United States on September 19, 2002, it is Ordered that the order entered on September 16, 2002, is withdrawn and vacated.

William W. Caldwell
United States District Judge